UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ROGERS,<br><br>            Plaintiff,<br><br>     v.<br><br>CALIFORNIA STATE PRISON CORCORAN, et al.,<br><br>            Defendants. | No. 1:23-cv-01158 GSA<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF CURRENT ADDRESS<br><br>PLAINTIFF'S NOTICE DUE **AUGUST 7, 2024** |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 1, 2024, Rogers v. California State Prison Corcoran, No. 1:23-cv-01026 KES GSA ("Rogers I"), a case Plaintiff also had before this Court, was dismissed. Rogers I, ECF Nos. 6, 8 &9) (findings and recommendations, judgment, and order respectively). Prior to its dismissal, court orders that had been sent to Plaintiff had been returned to the Court as undeliverable. See Rogers I, (docket noting orders returned to Court on 7/24/23, 7/25/23, and 3/25/24).

Despite the fact that orders in Rogers I had been returned to the Court multiple times, Plaintiff had not filed a change of address with the Court. Therefore, in the interests of judicial

1

efficiency, and in an effort to avoid the return of documents in this matter, Plaintiff will be ordered to file a notice of current address with the Court.  He will be given fourteen days to do so.

Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order – **by August 7, 2024,** – Plaintiff shall file a notice of current address with the Court.  See Local Rule 183(b).

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in a recommendation that this matter be dismissed.**

IT IS SO ORDERED.

Dated:   **July 24, 2024**                           **/s/ Gary S. Austin**
                                                                                UNITED STATES MAGISTRATE JUDGE

2